460 A.2d 856

Commonwealth v. Bradshaw, Appellant.

Before WICKERSHAM, BROSKY and WIEAND, JJ.

The order of the Honorable Frederick B. Smillie, Senior Judge, dated October 22, 1981 is affirmed. The stay order of this court dated November 13, 1981 is hereby withdrawn and of no further effect. The Montgomery County Court of Common Pleas shall proceed forthwith with extradition proceedings. Jurisdiction is relinquished.